THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **BAYER CROPSCIENCE, LP,** | : | |
| | : | |
| Plaintiff, | : | Civil Action |
| | : | No. 7:04-cv-92 |
| v. | : | |
| **NICK BOOTH, MARY JO BOOTH,** | : | |
| **KEITH COX, KENNETH LEE,** | : | |
| **DOLLY LEE, HAROLD TINER, ERA** | : | |
| **TINER, and STEVEN MAPLES,** | : | |
| | : | |
| Defendants. | : | |

**ORDER ON MOTION TO STAY**

Plaintiff has filed a motion to stay discovery in this case [Doc. 22] pending the resolution of a number of motions in this case, including a motion to dismiss and a motion to consolidate this case with a later action, Nick Booth, et al. v. Bayer CropScience, LP, and Board of Regents of the University System of Georgia, Civil Action No. 7:05-cv-34. None of the pending motions is ultimately dispositive of the merits of the case. Should the motion to dismiss this declaratory judgment action be granted or should the two cases be consolidated, the same substantive issues will remain for adjudication, and discovery will have to be conducted. Accordingly, there is nothing to be gained by delaying the commencement of discovery. The motion to stay is **DENIED**.

This the 7th day of July, 2005.

                                                  s/ Hugh Lawson
                                                  HUGH LAWSON, JUDGE